FILED
2009 Jan-09 PM 12:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SEE DOCUMENT #95 for Findings & Conclusions**