# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JOHNY MAYNOR**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | |
| ) | Civil Action Number |
| **MORGAN COUNTY, AL**, *et al.*, ) | **5:01-cv-851-AKK** |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Consistent with the hearing in open court on October 5, 2017, class counsel has until October 23, 2017 to respond to Defendant's pre-hearing brief, doc. 199. The Defendants' response, if any, is due October 30, 2017.

**DONE** the 6th day of October, 2017.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE